# United States District Court

CENTRAL DISTRICT OF ILLINOIS

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
MAY - 9 2016

Adrian Bailey , )
)
Plaintiff )
)
vs. )
)
Sheriff: David Clague )
Administrator: Louis Glossip )
Chief: Brad Abernathy )
officer/Deputy: Robertson )
)
_____ )
_____ )
_____, )
)
Defendant(s) )

Case No. 16-4084
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: _Adrian Bailey_

Prison Identification Number: _39209 for the Jail /M44481 Gertoc_

Current address: _1525 Kellogg St galesburg IL 61401_

_Knox County Jail._

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _David Clague_

Current Job Title: _Sheriff_

Current Work Address _152 S. Kellogg St_

_Galesburg, IL. 61401_

Defendant #2:

Full Name: _Louis Glossip_

Current Job Title: _Administrator_

Current Work Address _152 S. Kellogg St._

_Galesburg, IL. 61401_

Defendant #3:

Full Name: _Brad Abernathy_

2

Current Job Title: _Chief of Operations_

Current Work Address _152 S. Kellogg St._

_Galesburg IL. 61401_

Defendant #4:

Full Name: _Deputy: Robertson_ #653

Current Job Title: _Deputy of Knox County Sheriff_

Current Work Address _Knox County Jail_

_152 S. Kellogg St. Galesburg IL. 61401_

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?     Yes ☐     No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐     No ☑

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☑ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☑ No ☐

4



## V. STATEMENT OF CLAIM

Place(s) of the occurrence _Knox County Jail_

Date(s) of the occurrence _3/30/16 - 4/28/16 and Still going_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) My 14ᵗʰ Amendment Substantive and Procedural Due Process rights are being violated along with ② discrimination / equal protection rights and ③ Denial access of Courts First Amendment rights. ① Knox County Jail arbitrarily institutes new rules that are not in the rulebook and Punishes inmates for them, violating Due Process rights. There are no Physical rulebooks at all, they can only be viewed from a Kiosk machine and I've been in Seg about 3 months and there is no Kiosk machine available back here at all so I do not have access to the rules, Violating my Due Process rights. " Failure to provide inmates with Prison rules, regulations and Penalties for Violations thereof, Violates Prisoners Civil Rights." "Failure to follow its own rules in disciplinary proceeding violates inmates civil rights." Administration says they won't give me a rulebook, ⊕ Attached Grievance # 1-1. — I've been re-Classified 3 times to Max Security Classification (23-1 lockdown / Isolation) and there are no stipulations at all in the rulebook regarding this re-classification, Grievance # 1-2 — I've asked asked over and over for my Max-security re-classification notice slip saying that I have

5

indeed been re-Classified and Administrator says "I'm not entitled to these" Violating my Due Process rights, Grievance # 1-3 They take inmate privileges away for more than 24 hours without so much as a notice or reason why, and without a hearing. Grievance #1-4 Shows 4 visits they took from me without telling me my visit were taken so I could tell my family not to come, - I've been re-Classified to Max security 3 times without Constitutional Procedural Safeguards being afforded. No hearing before a reclassification Committee or right to be heard or any of the 6 safeguards Grievances #1-5. I've been on over 20 lockdowns for 72 hours Straight each (without the opportunity to shower) without Due Process requirements. Grievances #1-6 and attached documents Show the notice given, or loss of Privileges. I've been deprived of a Shower one time for over 8 days Which Constitutes impermissible Punishment of a Pre-trial detainee and having my mat Sleeping mattress taken away for days and having to Sleep on Concrete, Documents #1-7 I have over 250 days worth of illegal Isolation/Segregation of a Pre-trial detainee, (and counting) The only Way to get the exact number is for a court order to obtain all my disciplinary reports and re-Classifications to add up all the days I've been Isolated without my Constitutional Due Process rights afforded to me. "In Calculating Damages awarded for unconstitutional Confinement, it is permissible to rely on per day amount."
② Knox county Jail Administrator and officers racistly discriminate against black inmates, On 7-10-15 at

6

approximately 3:00pm me and Deputy Robertson got into a verbal altercation over the Control Room Speaker (a recorded speaker) at which time he told me "Get your Black ass in your cell" and made threatening statements saying "he Would beat my ass if he were back here." Deputies Olivas 894, Mckinney 883, and Winn 864 heard this and have since told me they would make truthful statements. Nothing was ever done about it. Documents # 2-1. - I've been treated adversely and inhumane, deliberately being denied a shower for 8 days and Visits Cancelled. Grievances # 2-2. I've been denied medical attention and yelled at for requesting it, but white people immediately recieve anything they ask for immediately. Grievance # 2-3 - When Black inmates get into fights in white peoples cells, we get an additional 15 day administrative lockdown in addition to the 72 hour lockdown (without hearings) but when white people fight in a ~~white~~ Black mans cell they only get the 72 hour lockdown. Grievances # 2-4 show how Black people are punished more severely

③ Knox county Jail Administration instituted a new arbitrarily concocted policy in Jan. 2016 to no longer allow Photo copies at all in an attempt to hinder Civil litigation from inmates Seeking Justice for the Unconstitutional activities being perpetuated against us. I would pay for my own Photo copies but that is not an option. ~~Filing~~ This policy is a violation of my First Amendment Access to Courts Rights. "Filing inmate Lawsuits and Grievances are Protected First Amendment activities."

"Fundamental Right of Access to Courts requires that Jail Authorities assist inmates in preparation and filing of meaningful Legal Papers". "Failure to provide inmates with Law Library and materials and facilities necessary for self-representation Constituted a violation of 14th Amendment" "Filing inmate Lawsuits and Grievances are a Protected First Amendment activities." Grievances #3-1 — Administrator refuses to give me a court ordered copy of my 6 months worth of account transactions for this suit, more proof of his arbitrary and capricious nature. Grievances #3-2 — And he answers all grievances in regards to himself. Documents #3-3

Can I please have an injunction and Declaratory relief because I'm unconstitutionally being held in Segregation, I have been here going on 3 months and they told me "I'm never getting out of Seg, Thank you

## RELIEF REQUESTED

(State what relief you want from the court.)

Injunction and Dekratory relief - to be released from this unconstitional Consinement.
actual/compensatory damages - for the $400.00 Filing fee.
(1) $100,000 - for violating my due process rights. Punitive/Nominal Damages.
$500.00 a day for all the days I've ~~been~~ been unConstitutionally Confined.
Punitive damages/nominal damages/compensatory damages
(2) $100,000 Punitive /nominal/compensatory damages for discrimination.
(3) $100,000 Punitive/nominal/ damages for violating my 1st amendment +
Access to Courts rights and Due Process rights

JURY DEMAND          Yes ☑          No ☐

Signed this ⓒⓗⓘⓛⓓ April day of Sturday 23rd , 20 16 .

(Signature of Plaintiff)

| Name of Plaintiff: Adrian Bailey | Inmate Identification Number: 39209 for<br>Knox County Jail, M44481 for Idol |
|---|---|
| Address: 152 S. Kellyg St.<br>Galesburg, IL 61401 | Telephone Number: Mours ##<br>309-857-3569 |

9

$1-1$

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Marter_  Date Received _4 / 3 / 16_

## To: Jail Administrator

Name: _Adrior Bailey_

Date: _4-13-16_

Pod and Cell Number: _C Max - 119_

Nature of Grievance: _Due process rights, Inmate handbook,
My rights are being violated._

Summary: _I have not been given Allowed Access
to A Inmate Law Handbook. I've Asked over and over.
This is against my rights._

WHEN WE GIVE YOU THINGS, YOU DESTROY THEM. WE WILL
NOT CONTINUE TO USE UP RESOURCES. YOU HAD ACCESS
TO A HANDBOOK IN GENERAL POPULATION, YOU CHOSE TO
DEMONSTRATE BEHAVIOR THAT LED TO YOUR HOUSING CHANGE.

_4/13/16_

1-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

### To: Jail Administrator

Name: Alian Bailey

Date: 4/15/16

Pod and Cell Number: C Max - 119

Nature of Grievance: Violation Constitutional Rights,
Rulebook/Inmate hand Book.

Summary:
I co not have a Physical Rulebook. Rulebooks
are only Posted on the Kiosk Machines and I don't
have access to a Kiosk Machine. This is a Violation of
My constitutional Rights to Not have a Rulebook/Inmate
handbook.

ALREADY ANSWERED.

4/15/16

1-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

### To: Jail Administrator

Name: Adrian Bailey

Date: 4/15/16

Pod and Cell Number: _____

Nature of Grievance: Violation Constitutional Rights / Due Process

Summary:

There are no rules or stipulations regarding. This may
See Classification in the rulebook. How to trigger at of anything.
You Arbitrarily fine People as you define. This is
a violation of my Rights, for you to not have rules and Penalties
in the rule book Concerning any way you punish inmates.

CLASSIFICATION IS NOT A PUNISHMENT. YOU AREN'T ENTITLED
TO A HEARING.

4/15/16

1-3

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

### To: Jail Administrator

Name: Adrian Bailey

Date: 4/15/16

Pod and Cell Number: C-MAX-119

Nature of Grievance: KCJJ Violation/Constitutional Rights/Due Process

Summary:

I Still have not been given copies of My Max-Sec-Class
of My Review Slip. I've asked over and over to these and have
yet to be given either, from 60 days ago when I first
Started till today. And my Max Sec Review Slip/Notice.

**YOU AREN'T ENTITLED TO THESE. YOU MAY RECEIVE THEM
WHEN TIME ALLOWS.**

4/15/16

1-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____ Date Received /-/0-/6

To: Jail Administrator

Name: Adrian Bailey

Date: 1-10-16

Pod and Cell Number: C-Max-110

Nature of Grievance: Discrimination, Due process, Rights, Visiting.

Summary:
I have 4 visits taken from me without so much
as a notice or a reason why, you have to give
me a notice and a reason why befor just taken
my visits I have also not recieved any hearing on
This.

VISITS MAY RESUME.

1/10/16

1-5

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____    Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 4/15/16

Pod and Cell Number: C-Max - 119

Nature of Grievance: Violation Constitutional Rights/Due process

Summary:

I've been re-classified to Max sec three times without
constitutional procedural safeguards being afforded any time.
I've never had a hearing and so far with the re-classifications.
And all the 72 hour lockdowns, without hearings this amounts
to 1,005 (hundred nine days) days of illegal segregation/Isolation
at a Pre-trial detainee. And counting as I am serving An illegal
re-classification to maximum Security. Now You need to immediately
release me from this illegal seg/Isolation. Your being sued already
for this exact unconstitutional behavior so you are being
aware of same. You're doing.

DENIED. CLASSIFICATION IS NOT A PUNISHMENT. EVERY INMATE
IS CLASSIFIED.

4/15/16

1-5

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _W..r² 861_          Date Received _1-9-15_

### To: Jail Administrator

Name: _Adrian Posi.en_

Date: _1-9 - 16_

Pod and Cell Number: _11Q - OMax_

Nature of Grievance: _Due Process high+5_

Summary:

I want a notice / hearing / Person as to
Why I've Been preclassified put on a Max-Sec
Classification

NO HEARING REQUIRED

1-12-16

$1-6$

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# Matthews #691     Date Received 12-30-15  3rd

### To: Jail Administrator

Name: Adrian Bailey

Date: 12-30-15

Pod and Cell Number: I-1|3

Nature of Grievance: Discrimination    Due Process Rights
                                                    violated

Summary:
I have been on over 20 Twenty lock downs
for more then 24 hrs without a hearing when
will I recive a hearing?! I want hearings
for all lock downs I recive that are
more then 24 his, Ive also have had lock downs
were I did not shower because I Because it
was 72 his so I was Denied showers
for 3 or more days at a tine! Is that aglnst
my Rights?

NO HEARING REQUIRED.

12/31/15

1-6

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#  $W_{..n}$ #261          Date Received  1-9-16

### To: Jail Administrator

Name:  Edison Bailey

Date:  1-9-16

Pod and Cell Number:  C Max 119

Nature of Grievance:  Due Press Rights

Summary:
I would like a hearing for my
things being taken away commisery and for being
placed "on lockdown

DENIED.

A——— 1-12-16

$1-6$

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# $\qquad$ 886 Date Received $12-28$

To: Jail Administrator

Name: Adrian Bailey

Date: 12-28-15

Pod and Cell Number: Medical 116

Nature of Grievance: lock down with out a hearing
and not given any such lock down notice,
Discrimination,

Summary:
I was only on Sucide watch for 4 days and
have since Been taken off, Ive seen other Sucide watch
Inmates take showers since I was on sucide watch
and even though I was on sucide watch I Should of
Still Been able to shower,

At this point in time Ive Been locked down for
a total of 8 days with out a shower you say Im on
lock down for a minor Infraction But I have yet to
the cive a copy of such Infraction or They Deputys have
not Recived a copy of such lockdown! Its Been over
24/hrs I want a hearing it is my right.

NO, IT'S NOT. YOU ARE MISINFORMED.

1-6

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

### To: Jail Administrator

Name: Adrian - Bailey

Date: 12-28-15

Pod and Cell Number: Med - 116

Nature of Grievance: Discrimination

Summary:
Deputy Hayes #886 did not provide me with a
lock down notice untill the attednpe so called lottteed
lock down was over. I didint recive such
notice untill 12-28-15 at 6:01 am

HE SHOULD HAVE PROVIDED ONE EARLIER. HOWEVER, THERE
IS NO REQUIREMENT THAT HE DOES.

12/28/15

1-6

# *LOCKDOWN NOTICE*

**INMATE NAME:** **BAILEY, ADRIAN**

**DEPUTY: HAYES 886**
**LOCKDOWN DATE: 12-25-2015 @0005**

**RELEASE DATE:** **12-28-2015@0005**

**REASON:** BARRICADING WINDOWS, DISRESPECTING OFFICERS, NOT FOLLOWING JAIL RULES

---

# ATTENTION STAFF

# This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

I-6

# *LOCKDOWN NOTICE*

**INMATE NAME: Adrian Bailey**

**DEPUTY: McKinney #883**

**LOCKDOWN DATE: 01-03-2016 @ 2230hrs**

**RELEASE DATE: 01-03-2016 @ 2230hrs**

**REASON:** Disturbance, Criminal Damage to State supported property.

# ATTENTION STAFF

## This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

1-6

# *LOCKDOWN NOTICE*

**INMATE NAME:** Adrian Bailey (C-119)

**DEPUTY:** Williamson #882

**LOCKDOWN DATE:** 1/25/2016 @ 1645H

**RELEASE DATE:** 1/28/2016 @ 1645H

**REASON:** Failure to Follow Orders
Resisting

-------------------------------------------------------------------------

# ATTENTION STAFF

## This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

1-6

# *LOCKDOWN NOTICE*

**INMATE NAME:** BAILEY, ADRIAN

**DEPUTY:** Messmore #853
**LOCKDOWN DATE:** 03-04-2016 @1600

**RELEASE DATE:** 03-07-2016 @1600

**REASON:**

Forging Jail Documents

## ATTENTION STAFF

### This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

1-6

# *LOCKDOWN NOTICE*

**INMATE NAME:** BAILEY, ADRIAN

**DEPUTY:** McKinney #883

**LOCKDOWN DATE:** 03-07-2016 @1700

**RELEASE DATE:** 03-10-2016 @1700

**REASON:** Disrespecting, Threatening

# ATTENTION STAFF

## This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

1-6

# *LOCKDOWN NOTICE*

INMATE NAME: Adrian Bailey  (F-113)

DEPUTY: Williamson #882

LOCKDOWN DATE: 1/1/2016  @  1820H

RELEASE DATE: 1/4/2016  @  1820H

REASON: Tampering w/ Locking Mechanism on Chuckhole
Disrespecting a Deputy
Threatening a Deputy

## ATTENTION STAFF

## This form is for informational use ONLY and is not intended to replace the 'Unusual Occurrence Report'.

1-7

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____ W... #861 _____ Date Received 1-9-16

### To: Jail Administrator

Name: Adrian Bailey

Date: 1-7-16

Pod and Cell Number: Cmlat 119

Discrimination

Nature of Grievance: Due Process Rights Discrimination cruie and unusul ptnishdents, fair u equal treatvient

## Summary:

On 1-4-16 my matt was taken from me and not given back untill 1-7-16 ~~then~~ I was forced to sleep on concret since I've been being Bad necll and have pins! When my Matt was taken from me I was not being combative at the time and I was not on suade watch, I was never giving a reason or a notice as to why my matt was taken from me or any type or hearing! I feel I was Being punished and that is no such way to punish a person. every other Inmate had there matts expect me trais not fair.

RESOLVED.

1-7   COPY
from #Nurse
1-16
1-21 **KNOX COUNTY JAIL**
*SICK CALL REQUEST FORM*

Date: 1-3-16          Cell Location: Max 119     Inmate Id# 39209

Inmate Name: Hilton Barclu          Date of Birth: 7-22-95

| Check Service Requested: | | | | |
|---|---|---|---|---|
| ☑ Doctor/Nurse | ($10.00) | ☐ | Dentist | (cost) |
| ☐ Prescription | (cost) | ☐ | Off-site visit | (cost) |

**I wish to be seen at sick call because: (Please Explain)**

Back and neck pains from sleeping without bedding for 3 days

1.) No inmate will be denied medical care due to inability to pay or insufficient funds in inmate's account.

2.) Fees will be collected for services requested by the inmate, but not for services required by the Jail (such as screening).

3.) All fees will be immediately deducted from the inmates account. If there are insufficient funds, the fees will be debited and the account will show a negative balance. A portion of money received by the inmate (except bond) will be used to satisfy the debt first, before money can be used for commissary.

Inmate Signature: _____

Medical Staff Signature: _____

Results of request: _____

_____

_____

_____

Deputy's Name and ID# Dunn #864          Date Received 1-9-15

1-7

copy given

# KNOX COUNTY JAIL
## SICK CALL REQUEST FORM

Date: 1 - 13 - 16     Cell Location: G - 109     Inmate Id# 39209

Inmate Name: Adrian Bailey     Date of Birth: 2 - 22 - 95

| Check Service Requested: | | | | |
|---|---|---|---|---|
| ☑ Doctor/Nurse | ($10.00) | ☐ | Dentist | (cost) |
| ☐ Prescription | (cost) | ☐ | Off-site visit | (cost) |

## I wish to be seen at sick call because: (Please Explain)

Back and neck pains from sleeping on with out
a matt for ~~there~~ near 4 days

1.)   No inmate will be denied medical care due to inability to pay or insufficient funds in inmate's account.

2.)   Fees will be collected for services requested by the inmate, but not for services required by the Jail (such as screening).

3.)   All fees will be immediately deducted from the inmates account. If there are insufficient funds, the fees will be debited and the account will show a negative balance. A portion of money received by the inmate (except bond) will be used to satisfy the debt first, before money can be used for commissary.

Inmate Signature: _____

Medical Staff Signature: _____

Results of request: _____

_____

_____

_____

Deputy's Name and ID#_____ Date Received_____

Nurse
ANN to
Save on
me on
1-18-16

1-7

# KNOX COUNTY JAIL
## SICK CALL REQUEST FORM

Date: 1-14-16          Cell Location: G-09          Inmate Id# 3949

Inmate Name: Adrian Bailey          Date of Birth: 7-22-95

| Check Service Requested: | | | |
|---|---|---|---|
| ☑ Doctor/Nurse | ($10.00) | ☑ Dentist | (cost) |
| ☐ Prescription | (cost) | ☐ Off-site visit | (cost) |

## I wish to be seen at sick call because: (Please Explain)

Back pains, neck pains from the sleeping w/o a matt for 4 days, Also tooth pains I want to be to get my tooth pulled. Thanks,

1.) No inmate will be denied medical care due to inability to pay or insufficient funds in inmate's account.

2.) Fees will be collected for services requested by the inmate, but not for services required by the Jail (such as screening).

3.) All fees will be immediately deducted from the inmates account. If there are insufficient funds, the fees will be debited and the account will show a negative balance. A portion of money received by the inmate (except bond) will be used to satisfy the debt first, before money can be used for commissary.

Inmate Signature: _____

Medical Staff Signature: _____

Results of request: 

_____

_____

_____

Deputy's Name and ID# _____          Date Received 1-14-16

Mathews 1-20-16 Bnd

1-7

Copy Nurse
Front Nurse

# KNOX COUNTY JAIL
## *SICK CALL REQUEST FORM*

Date: _1-21-16_      Cell Location: _E-109_      Inmate Id# _39209_

Inmate Name: _Adrian Bailey._      Date of Birth: _7-22.45_

| Check Service Requested: | | | | |
|---|---|---|---|---|
| ☑ Doctor/Nurse | ($10.00) | ☐ | Dentist | (cost) |
| ☐ Prescription | (cost) | ☐ | Off-site visit | (cost) |

**I wish to be seen at sick call because: (Please Explain)**

Back and neck pains from sleeping with no
matt. from 1-4-16 to 1-8-16

1.)   No inmate will be denied medical care due to inability to pay or insufficient funds in inmate's account.

2.)   Fees will be collected for services requested by the inmate, but not for services required by the Jail (such as screening).

3.)   All fees will be immediately deducted from the inmates account. If there are insufficient funds, the fees will be debited and the account will show a negative balance. A portion of money received by the inmate (except bond) will be used to satisfy the debt first, before money can be used for commissary.

Inmate Signature: _____

Medical Staff Signature: _____

Results of request: _____

_____

_____

_____

Deputy's Name and ID#_____ Date Received_____

1-7

For Adult
for Back
Pains

Adrian B.

## THE EXERCISES:

1. **Exercise #1 Lying Prone** – Assume a prone lying position with arms by your sides and head turned toward one side. The lumbar spine automatically falls into some lordosis. Begin with one minute and gradually increase to 5-10 minutes.

   A pillow can be placed under the pelvis (small amount of flexion0) if a flat position cannot be tolerated. Care must also be taken to correct for lateral shift before starting this exercise.

2. **Exercise #2 Prone on Elbows** – Assume a prone position with elbows under the shoulders. Weight should be supported through the elbows and forearms with the back relaxed and "sagging". Begin with one minute and gradually increase to 5-10 minutes.

3. **Exercise #3 Extension in Laying (Press-Up)** – Assume a prone position. Place your hands by your shoulders, similar to the start of a push-up. Press the upper body upward by straightening your arms. Keep the pelvis on the supporting surface simultaneously. Can use a belt or strap to keep the pelvis down. Repeat ten time

4. **Exercise #4 Extension in Standing** – Stand with your feet shoulder width apart. Place your hands on your hips. Lean back as far as possible then return to the upright position. Repeat ten times

These exercises (#1, #2, #3, and #4) are useful for a posterior derangement and an extension dysfunction problem, they should not increase peripheral symptoms

5. **Exercise #5 Flexion in Lying** – Assume a supine, hooklying position. Grasp both tibial plateaus (antero-lateral surface). Bring knees toward your chest until a stretch is felt in the low back. Similar to the double knees to chest exercise of Williams regime. Repeat ten times. If pain begins, do 5-6 repetitions, 3-4 times a day. Work up to 6-8 per day, ten repetitions once every 2 hours

6. **Exercise #6 Flexion in Sitting** – Sit on a stool or chair so that feet are firmly on the floor and hips/knees are at a right angle. Bend forward at the waist until you can touch the floor. Hold for 1-2 seconds. Return to the upright position. Repeat 10 times

These exercises (#5, and #6) are appropriate for anterior derangement and flexion dysfunction problems. They could also be judiciously used in the treatment of posterior derangement when treatment focuses on the restoration of spinal mobility. Always follow flexion with extension exercises in this case.

7. **Exercise #7 Correction of the Lateral Shift** – A left lateral shift refers to a displacement of the trunk/shoulders to the left in relation to the pelvis. Keep shoulders level, horizontal and feet firmly on the ground. Shift your pelvis laterally toward the left and your shoulders laterally toward the right. Repeat this exercise 10 times. This procedure should be reversed for a right lateral shift.

   •This exercise will be useful for unilateral pain and should be done before attempting the central extension exercises (#1 through #4). The exercise should shift the nucleus from a lateral position to a more central position. The extension exercises should then shift the nuclear material anteriorly

# EXERCISES

## FLEXIBILITY

# Low Back Extension Progression

## Exercise #1:

Lie face down with your arms beside
your body and your head turned to
one side. Stay in this position for
about five minutes, making sure that
you relax completely.

## Exercise #2:

Lie on your stomach, with your elbows
propped up. Relax your low back
completely. Hold _____

## Exercise #3: PRONE PRESS UPS

Place your hands in a position for "press-ups".
Press the top half of your body up as far as
you can, keeping your pelvis resting on the
floor.

## Exercise #4: STANDING EXTENSION

Stand upright and place your hands in the small
of your back; bend backward at your waist. Use
your hands as fulcrum. Keep the knees straight
as possible. Return to the upright standing
position. Repeat 10 times.

1-7

6. **Hip Flexor stretch.** Place one foot in front of the other with the left (front) knee flexed and the right (back) knee held rigidly straight. Flex forward through the trunk until the left knee contacts the axillary fold (arm pit region). Repeat with right leg forward and left leg back.



7. **Squat.** Stand with both feet parallel, about shoulder's width apart. Attempting to maintain the trunk as perpendicular as possible to the floor, eyes focused ahead, and feet flat on the floor, the subject slowly lowers his body by flexing his knees.



Please
Send a
Copy Back
Thanks.

2-1

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#**_____  **Date Received**_____

### To: Jail Administrator

Name: Adrian Bailey

Date: 07-10-2015   3 PM

Pod and Cell Number: C Max q 119

(signature) W Bailey

Nature of Grievance: Racial Slurs, Threatening and Intimidating, Statements, Made By a Deep Deputy inside of KCJ.

07-10-15
3 PM

**Summary:**

On the above date and approximate time. Myself and Deputy Robertson #653 got into a verbal altercation on this above date and approximate time. Deputy Robertson #653 was the control room officer. Do this verbal altercation happened over the entercore C-Max. intercom. Deputy Robertson #653 Stated the following (Get you black ass in your cell) Deputy Robertson #653 also made threatening and intimidating statements. This Deputy not only acted in an unprofessional manner. But also a Racial and Disrespectfull manner. Deputy Robertson #653 not only made Racial statements but also Stated that he would Beat my ass if he were back here. It is my understanding that all verbal conversations are audio Recorded. on the above, date and approximate time. Deputyies, olivas #894, Blaine #883 and Womthall were all present in the Cmax Doorway and heard these Statements. I've spoken with all three Deputy's and all three said they will make truthfull statements if asked. I as an African American male have been in many Racial altercations with many Caucasian males in my life time. But for this statement to come from a sworn in Knox county Deputy it hurts this is the second time ive been in a verbal Racial altercation with Deputyies inside of Knox county vail. samthing needs to be done about this situation. Thanks for your time.

2-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Alicia Bailey

Date: 4/15/16

Pod and Cell Number: C-Max - 119

Nature of Grievance: Request for Federal Court.

Summary: I would like the full Name and mailing
address of Deputy Thompson #653.

DEPUTY ROBERTSON #653
KNOX COUNTY JAIL
GALESBURG, IL 61401

2-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# ʃ 5ᵤ # 816          Date Received 15 Apn 2016

### To: Jail Administrator

Name: Adrian Bailey

Date: 4-11-16

Pod and Cell Number: C-Max -119

Nature of Grievance: Discrimination, Piacism

Summary: What was the evidence from the office
That told me to get my Black ass in my cell
And told me he was going to come beat my
Black ass over the intercom. Months ago? I've
Never heard anything back And I put a Grievance
form in about it.

I KNOW NOTHING ABOUT THIS AND HAVE NOT RECEIVED ANY
GRIEVANCE REGARDING IT. WHAT DATE DID THIS OCCUR?
WHO WAS THE OFFICER? WHY IS THIS THE FIRST TIME ITS BEEN
BROUGHT UP? Your Chief is the one that said we talk now it
it will be a few day before I can give you dates. And times Seriust

4/12/16 My girlfriend had the Grievance from
it happend the day I was put on 3o day admin
for the fight in D2/A2, Ask Bailey Robertson of
The officer's name was _____ Something like
that.

THAT WAS ADDRESSED BACK IN JULY. 4/15/16

2-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Winn #864_          Date Received _12-26-15_

To: Jail Administrator

Name: Adrian, Bailey

Date: 12-26-15

Pod and Cell Number: Medical-116

Nature of Grievance: Hygine, Visiting, phone, Mail, Fair and equal
treatment, crule and unusual Punishment, My Rights
are being violated.

ALREADY ANSWERED.      D   12/28/15 not true 12-28 at Bailey

Summary: 12-26-15 - 1700 hrs, I asked Deputyies - williamson #882, Winn #864
to 12-26-15 for a Shower at this point I have Been in medical cell 116 for 6 days from 12-19-15, with out one shower, since 12-19-15 Ive not only have Been Denial showers But also personal hygine products, Ive Baught off commisery Items such as, Soap Deodecant, lotion, toothpaste, toothbrush, and shampoo. I have Never Been this long with out a shower this is very crule and unsual to me. I am not being treated fair and equal to other Inmates inside knox county Jail, at approximately 1700 hrs I asked Deputy Winn #844 for a shower at approximatly 1930 hrs I asked agin and Deputy winn #844 Stated that I could not shower Because I am on locud own He: said the Jail Admin told So, I have Been on locudown a week and have not be offerd a Shower or Any hygine products or even a hour out of my cell for hygine and phone use, I also have not had access to my stamped envelope's to write my family and Attorney. On 12-16-15 Destiny ricone Demaston hada visit set up for 1930hrs that day, She came to the Jail and was Denied visiting me agin on 12-20-15 Destiny had a visit set up fo 1150 and was Denied visiting me, I rec agin Ive had two visits taken from me with out a notice or a reason why, Ive Been locked down for two weeks without a reason why, I have not Received a Inmate hand Book or have had access to one, I feel I am Being treated unfair and crule and unsual I have Been violated in so many ways, I have Been Denied access to hygine, phone, showers, Mail and family communicativ

2-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# __McKinney #883__          Date Received 2-27-15

### To: Jail Administrator

Name: Adrian Bailey    a Bailey

Date: 12-27-15

Pod and Cell Number: Medical - 116

Nature of Grievance: Discrimination, fair and equal treatment-
my Rights are being violated, cruel and unusual punishment.
Showering, phone USE, Hygine, Communication, with family - Attorney

You may not leave your cell while on lockdown. Prior to
your lockdown, you were on suicide watch.  ☒☒⊙ 12/28/15

12-27-15
Summary:
At 8:45pm I asked for a shower over the control room intercom
and was denied, Deputy Winn #864 Stated That I was on lockdown
and could not shower. At 9:49pm Deputy McKinney #883 walked into
medical to give me grievance forms. I then asked Deputy mcKinney#883
if I could shower he stated I was on lockdown so I could not. I have.
Been unable to shower since 12-19-15 its 12-27-15 that is 8 days without
once being able to shower it is my understanding that all conversations
over the control Room intercoms are recorded. I have also been told
the jail Administrator is the one telling Deputys that I am on lockdown
and I cannot come out to shower, Administration has not provided me with
a lockdown notice or even a reason for me being placed on 24hr lockdown.
I also asked winn #864 for my personal hygiene I Bought off commissary
and was Denied, It has been over a week since Ive Been able to shower
no Deputy offers to let me shower and when I ask I am Denied. I
dont even have time to use the phone to talk to my love ones. Ive Been
on a 24hr lock down for over a week.

McKinney #883

2 - 3

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 4-11-16

Pod and Cell Number: C Max -119

Nature of Grievance: Discrimination, fair and equal treatment, Racism! Medical Attention

Summary:
I asked for medical help And I was yelled at by
officers over and over! This is because the Black is for
the white guy asking he gets her right away officers I'd
last even do a proper protocol! She for the doctor I
have items B&A&e chest pain and have been right here
for hours! Your officers do not care about any Black
inmates, this also of Racism going on inside of
Knox county Jail, Why his none of the new officers
been Black? Why do all the Black officers only work
1st? Why are Black inmates not treated the same
as the white? blkg, and coffee?

_____

WHEN? WHO YELLED AT YOU? WHY DID YOU NOT ADDRESS THIS
WITH THE DOCTOR WHEN HE WAS IN YOUR POD TODAY? WHAT
OFFICERS STATED THAT THEY DON'T CARE ABOUT BLACK PEOPLE?

$\cancel{\text{DDG}}$ 4/12/16

2-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#___ Mill_____ #615___ Date Received_4-13-16_

### To: Jail Administrator

Name: Adrian Bailey

Date: 4-12-16

Pod and Cell Number: C-Max - 114

Nature of Grievance: Discrimination, Fair and equal treatment, Racism.

WE DO NOT DISCUSS THE DISCIPLINE OF INMATES WITH OTHER INMATES.

_signature_ 4/13/16

Summary:
When I got here last year I got into a fight
with Dennis little. The second week of April 2015, I
walked into his cell and taught him I was put on 72 hr
lockdown for the fight. Then I was placed into C-max at
the end of my 72 hrs and was put on a 15 day Admin.
for entering another inmates cell. Just a few weeks ago,
C. Croom was attacked by a known white racist inmate,
who walked into Crooms cell and attacked him, but why
was he not put on 15 day lockdown? Because he is white?
Also when A. Hill fought Joey Conhin in his cell he was
placed on a 15 day lock down for entering Another Inmates
cell. A. Hill was a Black man who fought a white guy.
At the time of my fight with Dennis little I had no
reports or lock down prior to that. Point is why is the black
inmates put on max, sec And Admin. But listen a white
inmate comes into our cell its no big deal. Racism and Discrimination???

2-4

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _____ Date Received 4-11-16

To: Jail Administrator

Name: Adrian Daley

Date: 4-11-16

Pod and Cell Number: C-Max - 119

Nature of Grievance: Discrimination, fair and equal Treatment.
Due Process, Racism,

WE DO NOT DISCUSS OTHER INMATES' HOUSING WITH YOU.

~~____~~ 4/12/16

Summary:
The white man that moved to the back to do his
Max for class, And he was only back here a few weeks.
As for I the Black Man who fought a white man has
been back here for months. have county jail has a
Big Racism Issue. I Beat up a white man and get
treated like I'm 9595. And the white Man who told
Officer Musk the Harris He cut on a medical slip to
come out and "get Me") Did Not have to do a minute
In Lock-Down. And is for the City of the Review this
is the first time I have got today! And whats further
Justice Means? when is my Next Review Date? Yall are
Racist aginst me. If I was white I would be different-)
you put Inmates that Pop sprinklers and put feces on
the windows, spit on officers back in the back after
72 hrs But I fight a white man and I'm Maximum Security!
Real Funny. Not only that But 2 mins after the fight when
one of your Deputys took the Man to the Nurse he told Musk
he put on that medical slip so he could come out and "get me"
Not my fault I coon. The Racism Needs to Stop!

3-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 4/15/16

Pod and Cell Number: Cmax - 119

Nature of Grievance: Violation of constitutional Rights,
Denying access to courts,

Summary:
It is a Violation of my Constitutional Rights,
to not Allow Photo copies of Meaningful legal Documents,
You are doing this to Hinder legal civil litigation against
yourself and your coworkers-filling Inmate lawsuites and
Grievance form is a Constitutionally Protected first amendment
activity.

YOUR REQUEST IS DENIED. WE PROVIDED YOU WITH THE MEANS
TO DUPLICATE DOCUMENTS AND YOU USED THOSE MEANS TO
COMMIT TEN COUNTS OF FORGERY. THEREFORE, PROVIDING THOSE
TOOLS TO YOU AGAIN IS A SECURITY RISK.

4/15/16

3-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adiian Bailey

Date: 1-18-16

Pod and Cell Number: _____

Nature of Grievance: Discrimination

Summary:

Can I have a copy of my civil suite please you
did not Answer me on my last Grievance form
Also, why cant I have a copy of my trust
fund account But you gave it to other inmates
Sounds like Discrimination to me.

WHAT CIVIL SUIT? I DON'T HAVE ANY CIVIL SUIT. IF YOU
ARE ASKING TO HAVE US MAKE COPIES OF SOMETHING THAT
YOU HAVE, YOUR REQUEST IS DENIED. YOU CAN COPY BY HAND
OR WE CAN GIVE YOU A PIECE OF CARBON PAPER.

WE DO NOT HAVE A REPORT THAT LISTS EVERY DEBIT, CREDIT,
AND DAILY BALANCE OF YOUR ACCOUNT. IF YOU ARE MORE SPECIFIC,
I MIGHT BE ABLE TO HELP.

1/18/16

3-1

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 1-20-16

Pod and Cell Number: E-109

Nature of Grievance: Rights, Lacesuit

Summary:
I need a copy of this Lawsuit I'm
sending out, it is your Duty to help Inmates in filling
out grievances and Lawsuits, and a violation of my
Constitutional rights to Deny me this,

YOU MAY COPY IT BY HAND OR WE CAN GIVE YOU A
SHEET OF CARBON PAPER. WE DO NOT PROVIDE
COPY SERVICES TO INMATES DUE TO COST AND LABOR ISSUES.

1/31/16

3-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 4/15/16

Pod and Cell Number: C-Max-19

Nature of Grievance: Six Month account ledger,

Summary: I Want a Six Month ledger of my account
Transactions, Including Debt Balance, The federal Courts
is requesting these Documents..

ALREADY ANSWERED.

4/15/16

3-1
and
3-2

# Knox County Jail
## Grievance Form

Deputy's
Name and ID#_____ Date Received_____

To: Jail Administrator

Name: Adrian Bailey

Date: 1-18-16

Pod and Cell Number: E-109

Nature of Grievance: Legal world - Grievance from 5, copys,
Trust funds

Summary:
I would like copies of my civil suit forms
and Grievance forms please, I would also like to
have the last 180 days of my trust fund account
Thank you, It states in your Inmate handbook
that I could have copies

WE PROVIDED YOU WITH COPIES OF GRIEVANCES WHEN
THEY WERE ANSWERED. WE CANNOT GIVE YOU A COPY
OF YOUR TRUST FUND ACCOUNT.

1/18/16


3-3

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# Malhuw #691   Date Received 12-30-15  3rd

### To: Jail Administrator

Name: Adrian Bailey

Date: 12-30-15

Pod and Cell Number: F-113

Nature of Grievance: Discimination

Summary:
I need to know the info to
fill out a complaint aginst the Vail
Administrator who do I write or
Talk to and hope there has to Be
Some way y aro

I'm THE HIGHEST YOU CAN GRIEVE TO AT THIS FACILITY.
ANYONE YOU SPEAK WITH OUTSIDE THIS DEPARTMENT IS AT
YOUR DISCRETION.
12/31/15

3-7

# KNOX COUNTY JAIL

GENERAL REQUEST FORM
(For non – Medical use only)

Receiving Deputy's Name/ ID#_____ Date Received_____

Date of Request: 12-28-15     Name of Requestor: Adrian Bailey

Pod: Med Cell: 116     Requestor's Signature: CuBaly

Write clearly and make sure to include the reason for this request. When requesting
individuals you wish to visit you, write clearly and make sure to include full names and
ages (if minors).

**This is not a medical request form. For medical request, please use the Medical
request form.**

If I do not like the answers to my Grievance forms
who Do I talk to and how

_____

_____

_____

_____

_____

_____

_____

DO NOT WRITE BELOW THIS LINE. For office use only.

RESPONSE:     Approved     Denied

ADDED
COMMENTS:     The JAIL ADMINISTRATOR'S DECISIONS ARE
FINAL WHEN IT COMES TO KNOX COUNTY JAIL GRIEVANCES.

12/28/15

Peoria Division

100 N.E. Monroe. St.

Room: 309

Peoria, IL 61602

Complaint Form for
Civil Action.

under-42 U.S.C. 1983 or "BIVENS"

**LEGAL MAIL**

**LEGAL MAIL**

**LEGAL MAIL**

MAY 03 16
AMOUNT
**$2.83**
R2304Y17422-08

1000    61602